UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Crim. No. _09-CR-187-15-JL_

~~09-CR-187-15-JL~~
TAMIKA PERKINS

### ORDER ON VIOLATION OF CONDITIONS

The defendant appeared before me on this date at a LASER Review Hearing. During the course of the hearing, the court determined that the defendant has violated the terms of the LASER Agreement/Order on Conditions of Release. As a result, the court enters the following order:

✓  The defendant shall be detained ~~until~~ _from 6pm on February 3, 2011 until 6pm on February 5, 2011_.
At the conclusion of incarceration, defendant shall be:

___ Brought before the undersigned judge.

✓  Released on _February 5, 2011_ at _6:00_ am/**pm**.
           [Date]              [Time]

_She will self surrender to the facility at 6pm. The court requests that the defendant be permitted to park her ~~vehicle~~ vehicle in the facility parking lot for this short two-day incarceration._

___ The defendant shall reside in Hampshire House for a period of _____ days/months to commence on _____, and shall observe the rules of that facility.

___ The defendant shall be placed on home detention for _____ days/months, to commence on _____. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office. The defendant shall pay for the cost of electronic monitoring to the extent he is able as determined by the probation officer.

___ The defendant shall be subject to the following additional or modified conditions:

_____

_____

_____

_____

Prior conditions of release not inconsistent with this order shall remain in full force and effect.

Date: 1/31/11

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

USDCNH-7 (5-10)