UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States of America

    v.                        Criminal No. 09-cr-187-015-JL

Tameka Perkins


O R D E R


On January 14, 2013, defendant appeared for a preliminary hearing/probable cause hearing under Fed. R. Crim. P. 32.1 on two alleged violations of conditions of supervision, as charged in the government's petition dated January 8, 2013 (doc. no. 712).  Defendant is on release from her convictions in 2012 for conspiracy to possess with intent to distribute and to distribute Oxycodone, Oxycontin, Suboxone, Lorezpam, and Ativan, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

Defendant stipulated to probable cause on the violations. I therefore find probable cause that defendant has violated the conditions as charged in the petition.

Defendant sought bail conditions under Rule 32.1(a)(6). The government sought detention.  Under Rule 32.1(a)(6), defendant bears the burden of establishing by clear and convincing

evidence that she will not flee and that she poses no danger to any other person or to the community.  At the hearing, the court summarized its findings orally from the bench.  Those oral findings are incorporated herein.  Based on the evidence presented at the hearing, and for the reasons stated on the record, defendant has failed to meet her burden of persuading the court that she poses no danger to any other person or to the community.  Accordingly, it is ORDERED that the defendant be detained pending a final revocation hearing.

The defendant is ordered to self-surrender to the Strafford County House of Corrections no later than 8:00 p.m., on January 14, 2013, into the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United

States Marshal for the purpose of an appearance in connection

with a court proceeding.

**SO ORDERED.**

_____

Landya B. McCafferty
United States Magistrate Judge

Date:  January 15, 2013

cc:  Theodore M. Lothstein, Esq.
     Jennifer C. David, Esq.
     Donald A. Feith, Esq.
     Seth R. Aframe, Esq.
     U.S. Marshal
     U.S. Probation